IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-vs.-<br><br>FALCON LANE PROPERTIES, LLC, ANDREW STILLSMOKING, and JOHN DOE individuals or entities 1-10,<br><br>Defendants. | Cause No. CV-20-00014-BMM-KLD<br><br>**ORDER OF DISMISSAL** |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 7th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court